[No. 9811-0-I. Division One. June 22, 1981.]

*In the Matter of the Marriage of* MARK S. PRINDLE, *Respondent, and* KENDALYNNE JO PRINDLE, *Defendant,* GEORGE BROWN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79-3-02629-0, Dennis J. Britt, J., entered January 19, 1981. *Affirmed* by unpublished opinion per James, C.J., concurred in by Williams and Andersen, JJ.

[No. 3887-4-III. Division Three. June 25, 1981.]

CLINTON F. MERRILL, *Respondent,* v. SUSAN MERRILL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79-2-02068-0, Howard Hettinger, J., entered February 20, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 3708-8-III. Division Three. June 25, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. AUBREY LEE JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3965, Fred R. Staples, J., entered October 23, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.